# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC ADAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL NO. 04-805-DRH |
| vs. | ) |
| | ) APPEAL NO. 07-1024 |
| RANDY DAVIS, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This Court dismissed this action, finding that this Court did not have jurisdiction to consider a challenge to his 1995 conviction in New York. Adams appealed; that appeal was unsuccessful. *Adams v. Davis*, Appeal No. 05-3270 (7th Cir., filed Aug. 3, 2005). He then filed a petition for writ of mandamus in the Seventh Circuit, which was denied on July 12, 2006. *Adams v. Herndon*, App. No. 06-2743 (7th Cir., filed June 26, 2006). Not to be dissuaded, he then filed an untimely and non-meritorious motion for relief from judgment, which was promptly denied.

On appeal, the Seventh Circuit determined that his rule 60(b) motion (Doc. 21) was "yet another attempt to file an unauthorized collateral attack" on his conviction (Doc. 32). Therefore, instead of denying the motion, this Court should have dismissed the motion for lack of jurisdiction. Accordingly, the case was remanded and reopened for that purpose.

Accordingly, the Rule 60(b) motion is **DISMISSED** for lack of jurisdiction, and this case is, once again, **CLOSED**.

**IT IS SO ORDERED.**

**DATED: May 21, 2007.**

/s/   David   RHerndon
**DISTRICT JUDGE**