## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC ADAMS,                               )
                                          )
                    Petitioner,           )
                                          )       CIVIL NO. 04-805-DRH
vs.                                       )
                                          )       APPEAL NO. 07-1024
RANDY DAVIS,                              )
                                          )
                    Respondent.           )

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Pursuant to a mandate issued by the Seventh Circuit (Doc. 32), the Court dismissed Petitioner's Rule 60(b) motion (Doc. 21) for lack of jurisdiction (Doc. 33).

Now before the Court is yet another motion for reconsideration, filed pursuant to Rule 59(e) (Doc. 34). Once again, Petitioner attacks his conviction and sentence, and thus this motion is an unauthorized second or successive collateral attack. This Court does not have jurisdiction to consider the motion, and it is therefore **DISMISSED**.

The Clerk is now **DIRECTED** to **RETURN UNFILED** any further pleadings submitted in this action. **THIS CASE IS CLOSED**.

IT IS SO ORDERED.

DATED: June 19, 2007.


                              /s/    David RHerndon
                              **DISTRICT JUDGE**